UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-289 (SHS) |
| -v- | : | ORDER |
| ROBERT LOCUST, | : | |
| Plaintiff, | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that Robert Locust's sentencing is adjourned to July 27, 2020, at 3:00 p.m.

Dated: New York, New York
       June 25, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.