UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT LOCUST, | : | |
| Plaintiff, | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Robert Locust's sentencing is adjourned to May 11, 2021, at 11:30 a.m.

Dated: New York, New York
       March 25, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.