UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| ROBERT LOCUST, | : | |
| Plaintiff, | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been informed that defendant Robert Locust wishes to surrender to the U.S. Marshal Service prior to his previously scheduled surrender date of August 20, 2021. Accordingly,

    IT IS HEREBY ORDERED that defendant Robert Locust is permitted to surrender today to the U.S. Marshal Service to begin serving his sentence.

Dated:  New York, New York
        July 29, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.